BEFORE THE FIRST DIVISION, JULY 11, 1962

**No. 66899.**—Azrak-Hamway, Inc. *v.* United States, protest 61/9837 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 66900.**—Novelty Import Co., Inc. *v.* United States, protest 61/16999 (New York).

Opinion by OLIVER, C.J. *In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.*